IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
27 AUGUST 2013

| 196P13 | State v. Jennifer Milanese | 1. State's Motion for Temporary Stay (COA12-1061) | 1. Allowed **05/02/13** Dissolved the Stay **08/27/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Dismissed |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| 198P13 | State v. Harold Dean Smith, Jr. | 1. State's Motion for Temporary Stay (COAP13-233) | 1. Allowed **05/03/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PWC to Review Order of COA | 3. |
| 200P07-4 | Kenneth E. Robinson v. S. Eagles, Jr., N.C.C.O.A. Chief Judge | 1. Def's *Pro Se* Petition for *Writ of Mandamus* | 1. Denied **07/23/13** |
| | | 2. Def's *Pro Se* Petition for *Writ of Habeas Corpus* | 2. Denied **07/23/13** |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot **07/23/13** |
| 200P13 | In the Matter of: K.C. | 1. State's Motion for Temporary Stay (COA12-1157) | 1. Allowed **05/06/13** Dissolved the Stay **08/27/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 202P13 | State v. Michael Dwayne Jenkins | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1085) | Denied |